## 12973.  SAVANNAH & SOUTHERN RAILWAY v. DAVIS.

Error in the charge of the court as to the amount claimed by the plaintiff as having been expended by him for medical treatment, which in the plaintiff's petition was less than the amount stated by the court, was cured by writing off from the verdict for the plaintiff the difference between these amounts.

As to other alleged errors the case is controlled by the decision in the companion case of *Savannah & Southern Railway* v. *Davis*, ante, 654.

DECIDED JUNE 14, 1922.

Action for damages; from Tattnall superior court — Judge Strange presiding.  September 3, 1921.

*J. P. Dukes*, for plaintiff in error.  *Oliver & Oliver*, contra.

BLOODWORTH, J.  This is a companion case to that of *Savannah & Southern Ry.* v. *Davis*, ante, 654.  The two cases were tried together, and the rulings in the other case cover all the grounds of the motion for a new trial in this case, except that in this case the judge is alleged to have erred in charging that " the plaintiff contends that he has expended the sum of $125 for medical treatment."  This is alleged to be error " because the petition only asked for the sum of $75, and no amendment was ever filed in the case to cover the said amount of $125."  While the court was charging the jury counsel for the plaintiff stated to the judge that he would amend the petition so as to cover the full amount paid for medical treatment as shown by the evidence,— $125,— but he neglected to do so.  However, this error in the charge was cured by writing off $50 from the verdict.

*Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*